Ronald P. Pope #11913
Thomas B. Diehl #23166
RALSTON, POPE & DIEHL, L.L.C.
2913 SW Maupin Lane
Topeka, KS 66614
 (785)273-8002
(785)273-0744 [FAX]
ron@ralstonpope.com
tom@ralstonpope.com
*Attorneys for the Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| HARVIE WATSON, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>ALAELDIN A. ABABNEH, M.D.; )<br>JOHN R. EPLEE, M.D; )<br>ATCHISON HOSPITAL ASSOCIATION, )<br>INC, )<br>)<br>  Defendants. )<br>_____ ) | Case No. 2:12-cv-02063-KGG |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT ALAELDIN A. ABABNEH, M.D.

Now, the above-captioned matter comes on for consideration of Plaintiff's Stipulation of Defendant Ababneh With Prejudice, and of all claims asserted by Plaintiff against Defendant Ababneh. Plaintiff appears by and through his counsel, Ronald P. Pope and Thomas B. Diehl of Ralston, Pope & Diehl, LLC. Defendant Ababneh appears by and through his counsel, Sean McGrevey with Adam & McDonald, P.A. There are no other appearances.

The parties agreed to bear their own expenses.

The Court, being duly advised that the parties are in agreement concerning the dismissal with prejudice as to defendant Ababneh pursuant to Fed. R. Civ. P. 41, does herewith order the same this 4th day of March, 2015.

**IT IS SO ORDERED.**

s/ KENNETH G. GALE
Kenneth G. Gale
U. S. Magistrate Judge

Reviewed and Approved by:

RALSTON, POPE & DIEHL, LLC

By: __s/Ronald P. Pope_____
Ronald P. Pope, KS Bar #11913
Thomas B. Diehl, KS Bar #23166
2913 SW Maupin Lane
Topeka, KS 66614
ron@ralstonpope.com
tom@ralstonpope.com
Telephone (785) 273-8002
Facsimile (785) 273-0744
ATTORNEYS FOR PLAINTIFF


By: __s/Sean McGrevey_____
Scott M. Adam, #15138
Sean T. McGrevey, #17112
9300 West 110th Street
Suite 470
Overland Park, Kansas   66210
(913) 647-0670
(913) 647-0671 Fax
sadam@mam-firm.com
smcgreney@mam-firm.com
Attorneys for Defendant
Alaeldin Ababneh, M.D.